UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                 :

JANICE ALLEY,                    :

                            :

                 Plaintiff,    :         19 Civ. 7530 (LGS)

                            :

        -against-        :           ORDER

                            :

LONG ISLAND RAILROAD COMPANY,   :

                            :

               Defendant.   :

------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS the parties have indicated an interest in a settlement conference before a

Magistrate Judge after the close of discovery (Dkt. Nos. 14, 18).  It is hereby

      **ORDERED** that, by **April 8, 2020**, the parties shall file a joint letter advising the Court

whether or not they request a referral for settlement discussions.

Dated: April 6, 2020
      New York, New York

                                      **LORNA G. SCHOFIELD**
                             **UNITED STATES DISTRICT JUDGE**