UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
JANICE ALLEY,

                              Plaintiff,          19 Civ. 7530 (LGS)

       -against-                         ORDER

LONG ISLAND RAILROAD COMPANY,

                             Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on April 8, 2020, the parties submitted a letter requesting referral to a Magistrate Judge following the close of discovery (Dkt. No. 20);

      WHEREAS, on April 9, 2020, the Court denied Plaintiff's request to conduct depositions by remote means (Dkt. No. 22), in light of the fact that the fact discovery deadline had expired and the Court had previously granted an untimely request for extension (Dkt. No. 17);

      WHEREAS a case management conference is scheduled for April 28, 2020 (Dkt. No. 18);

      WHEREAS, pursuant to the Court's Individual Rules and the Order dated February 26, 2020 (Dkt. No. 18), the parties were required to file any pre-motion letters at least two weeks before the case management conference;

      WHEREAS by April 14, 2020, no such letters were filed.  It is hereby

      **ORDERED** that the case management conference, scheduled for April 28, 2020, is **CANCELED**.  It is further

      **ORDERED** that the case is referred for settlement before the Magistrate Judge.  A referral order will issue separately.  This case will be placed on the Court's trial-ready calendar and a separate trial scheduling order will issue.

Dated: April 16, 2020
       New York, New York

                                                    LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE