UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
JANICE ALLEY, :
:
                        Plaintiff, :      19 Civ. 7530 (LGS)
:
           -against- :      ORDER
:
LONG ISLAND RAILROAD COMPANY, :
:
                       Defendant. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS this action is set for trial on July 6, 2020 (Dkt. No. 25). It is hereby

**ORDERED** that the trial date is adjourned sine die. The parties shall appear for a telephonic conference with the Court on **July 16, 2020**, at 11:00 A.M., to discuss a new trial date.

The parties shall call (888) 363-4749 and use Access Code 558-3333.

Dated: July 2, 2020
       New York, New York

                                                            LORNA G. SCHOFIELD
                                                      **UNITED STATES DISTRICT JUDGE**