UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JANICE ALLEY,

                            Plaintiff,  :  19 Civ. 7530 (LGS)

          -against-  :  ORDER

LONG ISLAND RAILROAD COMPANY,

                         Defendant.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, by Order at Dkt. No. 43, the trial is currently scheduled to commence on November 12, 2020, at 9:45 a.m.

      WHEREAS, by Order at Dkt. No. 45, the parties will appear for a telephonic conference with the Court on October 8, 2020, at 10:40 a.m., to discuss options for trial.

      WHEREAS, by Standing Order dated April 20, 2020, 20-mc-197, the conduct of jury trials was suspended due to COVID-19. It is hereby

      **ORDERED** that the parties are advised that jury trials will resume, and a jury trial in this action is in line to proceed the week of November 9, 2020. The trial scheduled for November 12, 2020, at 10:00 a.m. is adjourned to **November 9, 2020, at 9:45 a.m**. The parties shall be ready to proceed on 24 hours' notice on or after November 9, 2020. It is further

**ORDERED** that the final pre-trial conference will take place telephonically on **October 29, 2020, at 4:00 p.m.**, on the following conference call line: 888-363-4749, access code: 558-3333. The time of the conference is approximate, but the parties shall be ready to proceed by that time. It is further

**ORDERED** that by **October 1, 2020**, the parties shall file a letter identifying any issues to be discussed at the October 8 conference, or requesting that the conference be cancelled. Such letter supersedes the requirement for a letter per the Order at Dkt. No. 45.

Dated: September 8, 2020
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**