```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  JANICE ALLEY,                                             :
                                      Plaintiff,            :
                                                            :     19 Civ. 7530 (LGS)
                    -against-                               :
                                                            :            ORDER
  LONG ISLAND RAILROAD COMPANY,                             :
                                      Defendant.            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS the final pre-trial conference in this action is scheduled for October 29, 2020, and trial is scheduled to begin on November 9, 2020, at 9:45 a.m.  It is hereby

**ORDERED** that due to a scheduling conflict with a separate trial, the trial scheduled for November 9, 2020, at 9:45 a.m., is **adjourned** to **December 2, 2020, at 9:45 a.m.**  The parties shall be ready to proceed on 24 hours' notice on or after December 2, 2020.  It is further

**ORDERED** that the final pre-trial conference scheduled for October 29, 2020, is **adjourned** to **November 19, 2020, at 2:00 p.m.**, on the following conference call line:  888-363-4749, access code 558-3333.  The time of the conference is approximate, but the parties shall be ready to proceed by that time.

Dated: October 27, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**