UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JANICE ALLEY,                                               :
                                    Plaintiff,              :
                                                            :           19 Civ. 7530 (LGS)
              -against-                                     :
                                                            :           <u>ORDER</u>
LONG ISLAND RAILROAD COMPANY,                               :
                                    Defendant.              :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS the final pre-trial conference in this action is scheduled for November 19, 2020, and trial is scheduled to begin on December 2, 2020, at 9:45 a.m.  It is hereby

**ORDERED** that because of concerns with the spread of COVID-19 in the two weeks following Thanksgiving, the trial scheduled for December 2, 2020, at 9:45 a.m., is **adjourned** sine die.  It is further

**ORDERED** that the final pre-trial conference scheduled for November 19, 2020, is **adjourned** sine die.  It is further

**ORDERED** that on **November 19, 2020, at 10:30 a.m.**, the parties shall appear for a conference to discuss a new trial date, on the following conference call line:  888-363-4749, access code 558-3333.  The time of the conference is approximate, but the parties shall be ready to proceed by that time.

Dated: November 5, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**