UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
JANICE ALLEY,                                                :
                               Plaintiff,           :
                                                             :   19 Civ. 7530 (LGS)
              -against-                                 :
                                                             :   ORDER
LONG ISLAND RAILROAD COMPANY,                                :
                             Defendant.           :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS the Order, dated November 6, 2020 (Dkt. No. 50), adjourned the final pre-trial conference and trial in this action sine die.  It is hereby

      **ORDERED** that due to (i) restrictions on courtroom gatherings in the two weeks following major holiday periods because of COVID-19, (ii) the limited number of courtrooms available and (iii) the Southern District of New York's preference for holding criminal trials before civil trials, the trial in this matter is scheduled for **April 26, 2021, at 9:45 a.m.**, or the Court's first available date thereafter.  That date is the first available for this trial, and this matter is second in line on the Court's trial-ready calendar for April.  The parties shall be ready to proceed on 24 hours' notice on or after April 26, 2021.  It is further

      **ORDERED** that the parties will appear for a final pre-trial conference on **April 8, 2021, at 11:30 a.m.**, on the following conference call line:  888-363-4749, access code: 558-3333.  The time of the conference is approximate, but the parties shall be ready to proceed by that time.

Dated:  November 13, 2020
            New York, New York

                                        LORNA G. SCHOFIELD
                               **UNITED STATES DISTRICT JUDGE**