UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
JANICE ALLEY,                                                :
                                        Plaintiff,           :
                                                             :      19 Civ. 7530 (LGS)
              -against-                                      :
                                                             :      ORDER
LONG ISLAND RAILROAD COMPANY,                                :
                                        Defendant.           :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the final pre-trial conference in this action is scheduled for April 8, 2021, and trial is scheduled to begin on April 26, 2021, at 9:45 a.m.

WHEREAS, due to the limited number of courtrooms available for jury trials during ongoing COVID-19 protocols, this matter is scheduled as a back-up for April 21, 2021, and is third in line to commence on that date. It is hereby

ORDERED that the trial scheduled for April 26, 2021, is **adjourned** to **April 21, 2021, at 9:45 a.m.** The final pre-trial conference will be held on **April 8, 2021, at 11:30 a.m.**, per the scheduling order at Docket No. 51. The Court will advise the parties if the two proceedings ahead of them are cancelled. It is further

**ORDERED** that by **March 15, 2021**, the parties shall file a joint letter stating (1) whether they wish to be referred for alternative dispute resolution before a magistrate judge or a Court-appointed mediator and (2) whether they intend to pursue private alternative dispute resolution.

Dated: March 1, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE