UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                    :

JANICE ALLEY,                       :

                  Plaintiff,   :

                         :       19 Civ. 7530 (LGS)

         -against-        :

                         :         ORDER

LONG ISLAND RAILROAD COMPANY,   :

                  Defendant.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the final pre-trial conference in this action is scheduled for April 8, 2021, at

11:30 a.m.  It is hereby

      ORDERED that the pre-trial conference scheduled for April 8, 2021, is **adjourned** to

**April 9, 2021, at 10:30 a.m.**, on the following conference call line:  888-363-4749, access code

558-3333.

Dated: March 15, 2021
       New York, New York

                                LORNA G. SCHOFIELD
                            UNITED STATES DISTRICT JUDGE