UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JANICE ALLEY,
                           Plaintiff,

            19 Civ. 7530 (LGS)
        -against-

            ORDER
LONG ISLAND RAILROAD COMPANY,
                         Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order, dated March 2, 2021, stated that trial in this action was third in line for April 21, 2021.

      WHEREAS, the two trials scheduled ahead of this matter for April 21, 2021, have been cancelled. It is hereby

      **ORDERED** that a jury trial in this matter will commence on **April 21, 2021, at 9:45 a.m.** An order specifying the courtroom to be used will issue separately.

Dated: March 24, 2021
       New York, New York

                                              LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE