UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JANICE ALLEY,                                               :
                                      Plaintiff,            :
                                                            :         19 Civ. 7530 (LGS)
            -against-                                       :
                                                            :         ORDER
LONG ISLAND RAILROAD COMPANY,                               :
                                      Defendant.            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Final Pre-trial Conference in this matter is scheduled for April 9, 2021.

It is hereby

       **ORDERED** that by **5 pm** on **April 7, 2021**, the parties shall deliver to Chambers their respective trial exhibits on CD-ROM.

Dated: April 6, 2021
       New York, New York

                                        LORNA G. SCHOFIELD
                             **UNITED STATES DISTRICT JUDGE**